IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV18

| | | |
|---|---|---|
| ALICE REGINA DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's motion to dismiss for want of prosecution.

Not only has the Plaintiff failed to file any response to the instant motion, the Magistrate Judge, through the entry of a "Roseboro" Order, previously advised Plaintiff of her responsibilities to prosecute this action. *See*, Roseboro Order, filed August 30, 2005. The Plaintiff failed to comply with that Order as well. Therefore, as outlined in the Roseboro Order, Plaintiff's failure to respond to the Defendant's motions and the Court's

orders leads this Court to find that the Plaintiff has abandoned the prosecution of this action and same will be dismissed.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to dismiss is **ALLOWED**, and this matter is hereby **DISMISSED** for want of prosecution.

**Signed: October 3, 2005**

Lacy H. Thornburg
United States District Judge